**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF INDIANA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Heartland Dairy Holdings LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2939079 | |

4. Debtor's address

**Principal place of business**

**3101 Tama Road**
**Rockford, OH 45882**
Number, Street, City, State & ZIP Code

**Mercer**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. Debtor's website (URL)

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Heartland Dairy Holdings LLC**                                                   Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | Debtor | **Lee R. Vergara** | Relationship | **Member** |
| | District | **Northern District of Indiana** | When | **9/16/14** | Case number, if known | **14-12339** |

Debtor    **Heartland Dairy Holdings LLC**                                    Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**    Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

■ No

☐ Yes.    Insurance agency    _____

           Contact name    _____

           Phone    _____

---

█████ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Heartland Dairy Holdings LLC**                               Case number (if known) _____
           Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**                The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                                 I have been authorized to file this petition on behalf of the debtor.

                                 I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

                                 I declare under penalty of perjury that the foregoing is true and correct.

                                 Executed on   06 / 15 / 2016
                                              MM / DD / YYYY

                              X _____          John W. Glessner
                                 Signature of authorized representative of debtor    Printed name

                                 Title    **Member**


**18. Signature of attorney**    X _____         Date  06 / 17 / 2016
                                 Signature of attorney for debtor               MM / DD / YYYY

                                 **Daniel J. Skekloff**
                                 Printed name

                                 **Haller & Colvin, P.C.**
                                 Firm name

                                 **444 East Main Street**
                                 **Fort Wayne, IN 46802**
                                 Number, Street, City, State & ZIP Code

                                 Contact phone   **(260) 426-0444**    Email address   **www.hallercolvin.com**

                                 **146-02**
                                 Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Heartland Dairy Holdings LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF INDIANA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration   **Voluntary Petition for Non-Individuals Filing For Bankruptcy;
List of Equity Security Holders;
Verification of Creditor Matrix;**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/13/2016      x _____
                                   Signature of individual signing on behalf of debtor

                                   **John W. Glessner**
                                   Printed name

                                   **Member**
                                   Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name **Heartland Dairy Holdings LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF INDIANA**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alta Genetics N8350 High Road POB 437 Watertown, WI 53094 | | | | | | $33,252.08 |
| Animart 1240 Green Valley Road Beaver Dam, WI 53916 | | | | | | $12,055.37 |
| Brandon Riley 16935 Glenmore Road Ohio City, OH 45874 | | | | | | $45,303.00 |
| Buschers Feed PO Box 51 Maria Stein, OH 45860 | | | Disputed | | | $274,996.37 |
| Carne 1 Corp. 872E Pebble Drive Burley, ID 83318 | | | | | | $17,235.17 |
| Clint Ermick 9080 W 750 S Hudson, IN 46747 | | | | | | $11,700.00 |
| Crabbe Brown and James John Albert, Esq. 500 South Front Street, Suite 1200 Columbus, OH 43215 | | | | | | $70,269.58 |
| Craig Hall 11700 SR 705 Sidney, OH 45365 | | | | | | $15,457.40 |
| Delaval 4300 E 100 N Bluffton, IN 46714 | | | | | | $19,569.67 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Heartland Dairy Holdings LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Devin Bollenbacher 9909 State Route 49 Rockford, OH 45882 | | | | | | $109,573.00 |
| First Farmers Bank and Trust Company 123 North Jefferson Street Converse, IN 46919 | | Real estate; cows; equipment | | $7,470,894.00 | $6,624,800.00 | $846,094.00 |
| Furst-McNess Company 120 E. Clarke Street Freeport, IL 61032 | | | | | | $29,285.71 |
| Homan Inc. 6915 Olding Road IN 46586 | | | Disputed | | | $75,129.21 |
| Mark Vogel 831 State Route 49 Fort Recovery, OH 45846 | | | | | | $21,154.74 |
| Mercer County Treasurer 101 North Main Street Room 201 Celina, OH 45822 | | | | | | $20,952.47 |
| MWI Veterinary Supply 14659 Collections Drive Chicago, IL 60693 | | | | | | $75,765.67 |
| Prenger's Inc. 8010 Flyer Drive Maria Stein, OH 45860 | | | Disputed | | | $64,939.81 |
| Seth Kohnen 4610 Morrow Road Celina, OH 45822 | | | | | | $84,980.20 |
| Tony Wasmund 1400 SW 13th Street Willmar, MN 56201 | | Wages | | | | $49,323.44 |
| Walt Simon 2068 Wilson Road Rockford, OH 45882 | | | | | | $11,649.50 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Indiana

In re **Heartland Dairy Holdings LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................... $ **33,648.50 retainer to be applied to hourly rate**

    Prior to the filing of this statement I have received ........................... $ **15,751.50 for pre-petition services**

    Balance Due ................................................................................... $ **Hourly rates**

    **$225/hr - $375/hr partners**

    **$175/hr - $250/hr associates**

2.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed] **Representation of Debtor-in-Possession in chapter 11 proceeding.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service: **Any non-bankruptcy related representation.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 17, 2016** _____    _Daniel J. Skekloff_ _____
_Date_                                        **Daniel J. Skekloff 148-02**
                                              _Signature of Attorney_
                                              **Haller & Colvin, P.C.**
                                              **444 East Main Street**
                                              **Fort Wayne, IN 46802**
                                              **(260) 426-0444  Fax: (260) 422-0274**
                                              **www.hallercolvin.com**
                                              _Name of law firm_

---

## United States Bankruptcy Court
### Northern District of Indiana

In re __Heartland Dairy Holdings LLC__                                           Case No. _____

                                                    Debtor(s)          Chapter     __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| John W. Glessner<br>6430 East Star Valley St.<br>Mesa, AZ 85215 | | 80% | Membership |
| Lee R. Vergara<br>3318 Estevan Lane<br>Fort Wayne, IN 46804 | | 20% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _6/15/2016_                                Signature _____
                                                            John W. Glessner

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

(6/2010)

# United States Bankruptcy Court
## Northern District of Indiana

In re __Heartland Dairy Holdings LLC__

Debtor(s)

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

The above-named debtor(s) verifies under penalty of perjury that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: _6/14/2016_

**John W. Glessner/Member**
Signer/Title

```
3R AGRI INC.
3077 W 950 S
GENEVA, IN 46740


A-1 AG.
1303 COMMERANCE ST.
FORT RECOVERY, OH 45846


AAA MOWING
5323 E 900 S
BERNE, IN 46711


ALTA GENETICS
N8350 HIGH ROAD
POB 437
WATERTOWN, WI 53094


ANIMART
1240 GREEN VALLEY ROAD
BEAVER DAM, WI 53916


ART CADY
9 FIRST STREET SW
HAMPTON, IA 50441


BEHAL LAW
501 SOUTH HIGH STREET
COLUMBUS, OH 43215


BRANDON RILEY
16935 GLENMORE ROAD
OHIO CITY, OH 45874


BRANDON RILEY
C/O KNAPKE LAW OFFICE, LLC
119 N. WALNUT STREET
POB 504
CELINA, OH 45822-1657
```

```
BRETT SALYERS, RECEIVER
PO BOX 885
BOWLING GREEN, OH 43402


BRETT SALYERS, RECEIVER
C/O THE MILTNER LAW FIRM LLC
100 NORTH MAIN STREET
PO BOX 477
NEW KNOXVILLE, OH 45871


BUSCHERS FEED
PO BOX 51
MARIA STEIN, OH 45860


BUSCHUR'S UNLIMITED, INC.
C/O FAULKNER GARMHAUSEN KEISTER & SHENK
COURTVIEW CENTER, SUITE 300
100 SOUTH MAIN AVENUE
SIDNEY, OH 45365


CARNE 1 CORP.
872E PEBBLE DRIVE
BURLEY, ID 83318


CHAMBERLIN FARMS
7135 SR 613
LEIPSIC, OH 45856


CLINT ERMICK
9080 W 750 S
HUDSON, IN 46747


COMPUTER NETWORKING
1189 WESTWOOD DRIVE
VAN WERT, OH 45891


CONSOLIDATED HUNTER
334 GODFREY AVENUE
CELINA, OH 45822
```

CRABBE BROWN AND JAMES
JOHN ALBERT, ESQ.
500 SOUTH FRONT STREET, SUITE 1200
COLUMBUS, OH 43215


CRAIG HALL
11700 SR 705
SIDNEY, OH 45365


DAVID BOLLENBACHER
9909 STATE ROUTE 49
ROCKFORD, OH 45882


DELAVAL
4300 E 100 N
BLUFFTON, IN 46714


DEVIN BOLLENBACHER
9909 STATE ROUTE 49
ROCKFORD, OH 45882


DEVIN BOLLENBACHER
C/O KNAPKE LAW OFFICE LLC
119 N. WALNUT ST.
POB 504
CELINA, OH 45822-1657


DHI COOPERATIVE INC
PO BOX 28168
COLUMBUS, OH 43228


DOEBLER'S PENNSYLVANIE HYBRIDS INC
202 TIADAGHTON AVENUE
JERSEY SHORE, PA 17740


FIRST FARMERS BANK AND TRUST COMPANY
123 NORTH JEFFERSON STREET
CONVERSE, IN 46919

FIRST FARMERS STATE BANK & TRUST
C/O COOLIDGE WALL CO., LPA
33 WEST FIFTH ST., STE 600
DAYTON, OH 45402


FURST-MCNESS COMPANY
120 E. CLARKE STREET
FREEPORT, IL 61032


HAROLDS EQUIPMENT
2120 CR 168
DUNDEE, OH 44624


HERRICK & HART SC
116 W. GRAND AVENUE
EAU CLAIRE, WI 54702


HOMAN INC.
6915 OLDING ROAD
MARIA STEIN, OH 45860


HOMAN, INC.
C/O FAULKNER GARMHAUSEN KEISTER & SHENK
100 SOUTH MAIN AVE.
SIDNEY, OH 45365


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KERGER & HARTMAN LLC
33 SOUTH MICHIGAN STREET, SUITE 100
TOLEDO, OH 43604


KEYSOURCE SOLUTIONS
2390 MURPHY LANE W
TROY, OH 45373

MARK VOGEL
831 STATE ROUTE 49
FORT RECOVERY, OH 45846


MERCER COUNTY TREASURER
101 NORTH MAIN STREET ROOM 201
CELINA, OH 45822


MERCER COUNTY TREASURER
C/O AMY B. IKERD
119 N. WALNUT STREET
CELINA, OH 45822-1657


MWI VETERINARY SUPPLY
14659 COLLECTIONS DRIVE
CHICAGO, IL 60693


OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 E. BROAD STREET, 21ST FLOOR
COLUMBUS, OH 43215


PARRISH ELECTRIC MOTOR
259 N. VAN BUREN STREET
MONROE, IN 46772


PLELMAN SEEDS


PRENGER'S INC.
8010 FLYER DRIVE
MARIA STEIN, OH 45860


RENOVATIONS, INC.
419 N. WAYNE AVENUE
ANGOLA, IN 46703

REPUBLIC SERVICES
11164 COUNTY ROAD #4
CAREY, OH 43316


RJR


RRR TIRE
13851 CEMETARY ROAD
WAPAKONETA, OH 45895


SETH KOHNEN
4610 MORROW ROAD
CELINA, OH 45822


SETH KOHNEN
C/O GILMORE & DELZEITH CO., LPA
118 WEST MARKET STREET
POB 298
CELINA, OH 45822


STANDARD FERTILIZER
2006 S CR 60 SW
GREENSBURG, IN 47240


STONHARD INC.
1000 EAST PARK AVENUE
MAPLE SHADE, NJ 08052


TERMINEX
PO BOX 17167
MEMPHIS, TN 38187


TONY WASMUND
1400 SW 13TH STREET
WILLMAR, MN 56201

VALLEY AGRICULTURAL SOFTWARE
3950 SOUTH K STREET
TULARE, CA 93274


WALT SIMON
2068 WILSON ROAD
ROCKFORD, OH 45882


WHATCOM MANUFACTURING
405 BIRCH BAY-LYNDEN RD
LYNDEN, WA 98264

3R AGRI INC.
3077 W 950 S
GENEVA, IN 46740


A-1 AG.
1303 COMMERANCE ST.
FORT RECOVERY, OH 45846


AAA MOWING
5323 E 900 S
BERNE, IN 46711


ALTA GENETICS
N8350 HIGH ROAD
POB 437
WATERTOWN, WI 53094


ANIMART
1240 GREEN VALLEY ROAD
BEAVER DAM, WI 53916


ART CADY
9 FIRST STREET SW
HAMPTON, IA 50441


BEHAL LAW
501 SOUTH HIGH STREET
COLUMBUS, OH 43215


BRANDON RILEY
16935 GLENMORE ROAD
OHIO CITY, OH 45874


BRANDON RILEY
C/O KNAPKE LAW OFFICE, LLC
119 N. WALNUT STREET
POB 504
CELINA, OH 45822-1657

```
BRETT SALYERS, RECEIVER
PO BOX 885
BOWLING GREEN, OH 43402


BRETT SALYERS, RECEIVER
C/O THE MILTNER LAW FIRM LLC
100 NORTH MAIN STREET
PO BOX 477
NEW KNOXVILLE, OH 45871


BUSCHERS FEED
PO BOX 51
MARIA STEIN, OH 45860


BUSCHUR'S UNLIMITED, INC.
C/O FAULKNER GARMHAUSEN KEISTER & SHENK
COURTVIEW CENTER, SUITE 300
100 SOUTH MAIN AVENUE
SIDNEY, OH 45365


CARNE 1 CORP.
872E PEBBLE DRIVE
BURLEY, ID 83318


CHAMBERLIN FARMS
7135 SR 613
LEIPSIC, OH 45856


CLINT ERMICK
9080 W 750 S
HUDSON, IN 46747


COMPUTER NETWORKING
1189 WESTWOOD DRIVE
VAN WERT, OH 45891


CONSOLIDATED HUNTER
334 GODFREY AVENUE
CELINA, OH 45822
```

CRABBE BROWN AND JAMES
JOHN ALBERT, ESQ.
500 SOUTH FRONT STREET, SUITE 1200
COLUMBUS, OH 43215


CRAIG HALL
11700 SR 705
SIDNEY, OH 45365


DAVID BOLLENBACHER
9909 STATE ROUTE 49
ROCKFORD, OH 45882


DELAVAL
4300 E 100 N
BLUFFTON, IN 46714


DEVIN BOLLENBACHER
9909 STATE ROUTE 49
ROCKFORD, OH 45882


DEVIN BOLLENBACHER
C/O KNAPKE LAW OFFICE LLC
119 N. WALNUT ST.
POB 504
CELINA, OH 45822-1657


DHI COOPERATIVE INC
PO BOX 28168
COLUMBUS, OH 43228


DOEBLER'S PENNSYLVANIE HYBRIDS INC
202 TIADAGHTON AVENUE
JERSEY SHORE, PA 17740


FIRST FARMERS BANK AND TRUST COMPANY
123 NORTH JEFFERSON STREET
CONVERSE, IN 46919

```
FIRST FARMERS STATE BANK & TRUST
C/O COOLIDGE WALL CO., LPA
33 WEST FIFTH ST., STE 600
DAYTON, OH 45402


FURST-MCNESS COMPANY
120 E. CLARKE STREET
FREEPORT, IL 61032


HAROLDS EQUIPMENT
2120 CR 168
DUNDEE, OH 44624


HERRICK & HART SC
116 W. GRAND AVENUE
EAU CLAIRE, WI 54702


HOMAN INC.
6915 OLDING ROAD
MARIA STEIN, OH 45860


HOMAN, INC.
C/O FAULKNER GARMHAUSEN KEISTER & SHENK
100 SOUTH MAIN AVE.
SIDNEY, OH 45365


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KERGER & HARTMAN LLC
33 SOUTH MICHIGAN STREET, SUITE 100
TOLEDO, OH 43604


KEYSOURCE SOLUTIONS
2390 MURPHY LANE W
TROY, OH 45373
```

```
MARK VOGEL
831 STATE ROUTE 49
FORT RECOVERY, OH 45846


MERCER COUNTY TREASURER
101 NORTH MAIN STREET ROOM 201
CELINA, OH 45822


MERCER COUNTY TREASURER
C/O AMY B. IKERD
119 N. WALNUT STREET
CELINA, OH 45822-1657


MWI VETERINARY SUPPLY
14659 COLLECTIONS DRIVE
CHICAGO, IL 60693


OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 E. BROAD STREET, 21ST FLOOR
COLUMBUS, OH 43215


PARRISH ELECTRIC MOTOR
259 N. VAN BUREN STREET
MONROE, IN 46772


PLELMAN SEEDS


PRENGER'S INC.
8010 FLYER DRIVE
MARIA STEIN, OH 45860


RENOVATIONS, INC.
419 N. WAYNE AVENUE
ANGOLA, IN 46703
```

```
REPUBLIC SERVICES
11164 COUNTY ROAD #4
CAREY, OH 43316


RJR


RRR TIRE
13851 CEMETARY ROAD
WAPAKONETA, OH 45895


SETH KOHNEN
4610 MORROW ROAD
CELINA, OH 45822


SETH KOHNEN
C/O GILMORE & DELZEITH CO., LPA
118 WEST MARKET STREET
POB 298
CELINA, OH 45822


STANDARD FERTILIZER
2006 S CR 60 SW
GREENSBURG, IN 47240


STONHARD INC.
1000 EAST PARK AVENUE
MAPLE SHADE, NJ 08052


TERMINEX
PO BOX 17167
MEMPHIS, TN 38187


TONY WASMUND
1400 SW 13TH STREET
WILLMAR, MN 56201
```

```
VALLEY AGRICULTURAL SOFTWARE
3950 SOUTH K STREET
TULARE, CA 93274


WALT SIMON
2068 WILSON ROAD
ROCKFORD, OH 45882


WHATCOM MANUFACTURING
405 BIRCH BAY-LYNDEN RD
LYNDEN, WA 98264
```

# United States Bankruptcy Court
## Northern District of Indiana

In re   Heartland Dairy Holdings LLC

Debtor(s)

Case No. _____

Chapter   __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Heartland Dairy Holdings LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 17, 2016
Date

Daniel J. Skekloff 146-02
Signature of Attorney or Litigant
Counsel for   Heartland Dairy Holdings LLC
Haller & Colvin, P.C.
444 East Main Street
Fort Wayne, IN 46802
(260) 426-0444 Fax:(260) 422-0274
www.hallercolvin.com