UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                           CASE NO. 16-11273

**HEARTLAND DAIRY HOLDINGS LLC**            Chapter 11

    Debtor.

**EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

COMES NOW, Heartland Dairy Holdings LLC, Debtor and Debtor-in-Possession, by counsel, and files its Emergency Motion for Use of Cash Collateral pursuant to Bankruptcy Code §363(c)(2)(B)(3) and Bankruptcy Rule 4001(b) and states:

1. Heartland Dairy Holdings LLC filed for relief under chapter 11 of the United States Bankruptcy Code on June 17, 2016. It is organized in the state of Ohio and operates a dairy farm in that state.

2. Heartland Dairy Holdings LLC was formed in 2010, with operations in Mercer County, Ohio. The Debtor currently employs 15 people.

3. Heartland Dairy Holdings LLC is indebted to First Farmers Bank and Trust in the approximate amount of $7,644,000.00. First Farmers Bank and Trust asserts a blanket lien on the assets of the Debtor including deposit accounts, accounts receivable and proceeds thereof.

4. Debtor believes the Bank's claim exceeds the value of assets subject to the Bank's security interest. Debtor believes the value of the Bank's security interest in cash collateral and cows is approximately $1,000,000.00.

5. Additionally, Debtor believes Buschur's Unlimited Inc. may claim a lien on Debtor's assets including certain inventory, the sale of which produces cash collateral.

6. There is an immediate need for the Debtor to use cash collateral in the operation of

its business including funds presently held in deposit accounts in order to pay its employees and to preserve the value of the ongoing business. Currently, the dairy is being operated by a Receiver, Brett Salyers, who is in control of the accounts, cash and milk receipts of the Debtor.

7. Attached hereto as Exhibit "A" is an Emergency Budget prepared by the Debtor. The expenses shown therein are the projected expenditures for which Heartland Dairy Holdings LLC requires use of cash collateral on an immediate basis to maintain and preserve its business operations.

8. The use of cash collateral beyond the period of the projection in the attached Exhibit "A" going forward will be set forth in an Operating Budget which Debtor is presently completing. The Operating Budget will provide for payment of wages and expenses for the continuing operation of the dairy and preservation of collateral in the chapter 11 proceeding.

9. As adequate protection for the use of cash collateral, Debtor will offer a replacement lien on assets to the Bank and each secured creditor to the full extent of the value of that creditor's lien interest at the commencement of the case. Further, Debtor shall work with the Receiver to provide financial reports to the Bank and other secured creditors herein to provide ongoing information as to the status of operations, milk sales and the creation of post-petition accounts receivable. Debtor believes that through continuous operation, it can maintain and increase the value of accounts receivable, preserving and maintaining the value of the business operation and thereby adequately protecting Debtor's use of cash collateral herein.

10. Debtor requests a preliminary hearing so soon as the Court's calendar will permit to consider Debtor's request to use cash collateral consistent with the Emergency Budget. Debtor owns approximately 1,180 head of cattle that must be fed and maintained (milked) on a daily basis. Without the immediate use of cash collateral, the Debtor's operations will be significantly

impaired in that the productivity of the dairy cows, indeed their very survival, is in jeopardy. Further Debtor is in need of the use of cash collateral to fund necessary payroll heretofore administered by the Receiver. Debtor requests the Court set a final hearing to consider authorization to use cash collateral thereafter.

11. Debtor requests the Court set a preliminary hearing to consider the use of cash collateral, for payment of those expenses identified as necessary to provide for the uninterrupted operation of the business so as to avoid immediate and irreparable harm to the estate.

**WHEREFORE**, Debtor respectfully requests the Court authorize use of cash collateral consistent with the Debtor's request as set forth in this Emergency Motion, and for all other relief just and proper in the premises.

Respectfully submitted,

HALLER & COLVIN, PC

/s/ Daniel J. Skekloff
Daniel J. Skekloff (#146-02)
444 E. Main Street
Fort Wayne, IN 46802
Telephone: (260) 426-0444
Facsimile: (260) 422-0274
E-mail: dskekloff@hallercolvin.com
Attorney for Debtor

## CERTFICATE OF SERVICE

    The undersigned, who is duly admitted to practice in the State of Indiana and before the Court, hereby certifies that a copy of the above and foregoing was transmitted electronically through the Bankruptcy Court's ECF System, on June 17, 2016, to the following:

Leonard W. Copeland
Nancy J. Gargula
Office of the United States Trustee
One Michiana Square, Suite 555
100 E. Wayne Street
South Bend, IN 46601

    The undersigned further certifies that a copy of the above and foregoing was sent by first class United States mail, postage prepaid on June 17, 2016, to the following:

Heartland Dairy Holdings LLC
c/o John W. Glessner, Member
6430 E. Star Valley Street
Mesa, AZ 85215

and to those entities on the attached sheet(s).

                                            /s/ Daniel J. Skekloff
                                            Daniel J. Skekloff (#146-02)

```
ALTA GENETICS
N8350 HIGH ROAD
POB 437
WATERTOWN, WI 53094

ANIMART
1240 GREEN VALLEY ROAD
BEAVER DAM, WI 53916

BRANDON RILEY
16935 GLENMORE ROAD
OHIO CITY, OH 45874

BRANDON RILEY
C/O KNAPKE LAW OFFICE, LLC
119 N. WALNUT STREET
POB 504
CELINA, OH 45822-1657

BRETT SALYERS, RECEIVER
PO BOX 885
BOWLING GREEN, OH 43402

BRETT SALYERS, RECEIVER
C/O THE MILTNER LAW FIRM LLC
100 NORTH MAIN STREET
PO BOX 477
NEW KNOXVILLE, OH 45871

BUSCHERS FEED
PO BOX 51
MARIA STEIN, OH 45860

BUSCHUR'S UNLIMITED, INC.
C/O FAULKNER GARMHAUSEN KEISTER & SHENK
COURTVIEW CENTER, SUITE 300
100 SOUTH MAIN AVENUE
SIDNEY, OH 45365

CARNE 1 CORP.
872E PEBBLE DRIVE
BURLEY, ID 83318

CLINT ERMICK
9080 W 750 S
HUDSON, IN 46747
```

```
CRABBE BROWN AND JAMES
JOHN ALBERT, ESQ.
500 SOUTH FRONT STREET, SUITE 1200
COLUMBUS, OH 43215

CRAIG HALL
11700 SR 705
SIDNEY, OH 45365

DELAVAL
4300 E 100 N
BLUFFTON, IN 46714

DEVIN BOLLENBACHER
9909 STATE ROUTE 49
ROCKFORD, OH 45882

DEVIN BOLLENBACHER
C/O KNAPKE LAW OFFICE LLC
119 N. WALNUT ST.
POB 504
CELINA, OH 45822-1657

FIRST FARMERS BANK AND TRUST COMPANY
123 NORTH JEFFERSON STREET
CONVERSE, IN 46919

FIRST FARMERS STATE BANK & TRUST
C/O COOLIDGE WALL CO., LPA
33 WEST FIFTH ST., STE 600
DAYTON, OH 45402

FURST-MCNESS COMPANY
120 E. CLARKE STREET
FREEPORT, IL 61032

HOMAN INC.
6915 OLDING ROAD MARIA
STEIN, OH 45860

HOMAN, INC.
C/O FAULKNER GARMHAUSEN KEISTER & SHENK
100 SOUTH MAIN AVE.
SIDNEY, OH 45365
```

```
INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

MARK VOGEL
831 STATE ROUTE 49
FORT RECOVERY, OH 45846

MERCER COUNTY TREASURER
101 NORTH MAIN STREET ROOM 201
CELINA, OH 45822

MERCER COUNTY TREASURER
C/O AMY B. IKERD
119 N. WALNUT STREET
CELINA, OH 45822-1657

MWI VETERINARY SUPPLY
14659 COLLECTIONS DRIVE
CHICAGO, IL 60693

OHIO DEPARTMENT OF TAXATION
BANKRUPTCY DIVISION
30 E. BROAD STREET, 21ST FLOOR
COLUMBUS, OH 43215

PRENGER'S INC.
8010 FLYER DRIVE
MARIA STEIN, OH 45860

RENOVATIONS, INC.
419 N. WAYNE AVENUE
ANGOLA, IN 46703

SETH KOHNEN
4610 MORROW ROAD
CELINA, OH 45822

SETH KOHNEN
C/O GILMORE & DELZEITH CO., LPA
118 WEST MARKET STREET
POB 298
CELINA, OH 45822

TONY WASMUND
1400 SW 13TH STREET
WILLMAR, MN 56201
```

```
WALT SIMON
2068 WILSON ROAD
ROCKFORD, OH 45882

WHATCOM MANUFACTURING
405 BIRCH BAY-LYNDEN RD
LYNDEN, WA 98264
```

EXHIBIT "A"

**Heartland Dairy**

Emergency budget June 24 2016 - July 29 2016

| | Budget week Ending July 1, 2016 | Actuals week Ending July 1, 2016 | Budget week Ending July 8, 2016 | Actuals week Ending July 8, 2016 | Budget week Ending July 15, 2016 | Actuals week Ending July 15, 2016 |
|---|---|---|---|---|---|---|
| **HERD STATISTICS** | | | | | | |
| Cows milking | 899 | | 890 | | 881 | |
| Dry cows at weeks end | 193 | | 193 | | 193 | |
| Springing Heifers at weeks end | 0 | | 0 | | 0 | |
| Total cows at months end | 1092 | | 1083 | | 1074 | |
| Cows culled during the week | 8 | | 8 | | 8 | |
| Cows died during the week | 1 | | 1 | | 1 | |
| Cows added during the week | 0 | | 0 | | 0 | |
| Average milk production per cow per day | 84 | | 84 | | 84 | |
| Milk prodcution - lbs shipped | 528,612 | | 523,320 | | 518,028 | |
| **BUDGET ASSUMPTIONS** | | | | | | |
| Milk production - lbs per milking cows per day | 78 | | 78 | | 78 | |
| Milk price per Cwt | 15.04 | | 15.04 | | 15.04 | |
| Purchase price per cow | 1500 | | 1500 | | 1500 | |
| **BEGINNING CASH** | $ 131,710.75 | $ - | $ 185,088.63 | $ - | $ 59,496.63 | $ - |
| **INCOME** | | | | | | |
| Weekly DFA advance (MILK) | $ 87,652.50 | | $ - | | $ 87,652.50 | |
| Monthly DFA gross check less advance | $ - | | $ - | | $ 53,432.96 | |
| Calf sale income | $ 3,300.00 | | $ 3,300.00 | | $ 3,300.00 | |
| Cull cow sale income | $ 4,200.00 | | $ 4,200.00 | | $ 4,200.00 | |
| Miscellaneous income / Insurance proceeds | $ - | | $ - | | $ - | |
| **Total income** | $ 95,152.50 | $ - | $ 7,500.00 | $ - | $ 148,585.46 | $ - |
| **EXPENSES** | | | | | | |
| Supplies | $ 3,000.00 | | $ 3,000.00 | | $ 3,000.00 | |
| Federal Eunemployment | $ 45.00 | | $ 45.00 | | $ 45.00 | |
| Social Security & Medicare | $ 1,035.00 | | $ 1,035.00 | | $ 1,035.00 | |
| Workers compensation | $ 240.00 | | $ 240.00 | | $ 240.00 | |
| Cash rent paid | $ - | | $ - | | $ - | |
| Rent paid Equipment | $ - | | $ 2,250.00 | | $ 8,025.00 | |
| Building rent paid | $ - | | $ 790.00 | | $ - | |
| Gross Wages | $ 13,600.00 | | $ 13,600.00 | | $ 13,600.00 | |
| Straw Purchased | $ 3,500.00 | | $ 3,500.00 | | $ 3,500.00 | |
| Hay purchased | $ 3,500.00 | | $ 3,500.00 | | $ 3,500.00 | |
| Repairs expenses: Machine & Equipment | $ 2,500.00 | | $ 2,500.00 | | $ 2,500.00 | |
| Repairs expenses: Land | $ - | | $ - | | $ - | |
| Repairs expenses: Buildings & Improvements | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | |
| Seed Expenses Corn | $ - | | $ - | | $ - | |
| Feed purchased Dairy | $ 500.00 | | $ 70,500.00 | | $ 500.00 | |
| Vet/Med Expenses Dairy | $ - | | $ 10,000.00 | | $ 2,500.00 | |
| Breeding fees Expenses | $ - | | $ 1,400.00 | | $ - | |
| Computer software Expenses | $ - | | $ - | | $ - | |
| Boot & clothing allowance | $ - | | $ - | | $ - | |
| Rendering expenses Livestock | $ - | | $ 360.00 | | $ - | |
| Hoof trimming expenses | $ 1,100.00 | | $ 1,100.00 | | $ 1,100.00 | |
| Baleage Purchased expenses | $ - | | $ - | | $ 25,000.00 | |
| Custom Hire expenses (General) | $ - | | $ 400.00 | | $ - | |
| Custom hire Manure | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | |
| Custom hire Silage | $ - | | $ - | | $ - | |
| Custom hire Dairy | $ - | | $ - | | $ - | |
| Silage - Cover crop expenses | $ - | | $ - | | $ - | |
| Trucking expenses Manure | $ 2,000.00 | | $ 2,000.00 | | $ 2,000.00 | |
| Trucking expenses Milk | $ 3,756.54 | | $ - | | $ 11,645.26 | |
| Diesel fuel expenses | $ - | | $ 10,500.00 | | $ - | |
| Oil & Grease expenses | $ 25.00 | | $ 25.00 | | $ 25.00 | |
| Taxes: Real Estate | $ - | | $ - | | $ - | |
| Insurence: Building | $ - | | $ - | | $ - | |
| Utility expenses: Electric | $ - | | $ - | | $ 11,950.00 | |
| Utility expenses: Telephone | $ - | | $ - | | $ - | |
| Utility expenses: Waste Disposal | $ - | | $ - | | $ 600.00 | |
| Utility expenses: Natural Gas | $ - | | $ - | | $ 45.00 | |
| Utility expenses: Propane gas | $ - | | $ - | | $ 2,800.00 | |
| Misc Operating expenses | $ - | | $ - | | $ - | |
| DFA - Marketing expenses Milk | $ 375.65 | | $ - | | $ 1,164.53 | |
| Testing expenses Milk | $ - | | $ - | | $ - | |
| DFA - CWT Investment Expenses | $ 250.44 | | $ - | | $ 776.35 | |
| Administrative fee | $ 270.00 | | $ 270.00 | | $ 270.00 | |
| Fees: Special Mastitis Culture | $ - | | $ - | | $ - | |
| Capital Retainment Expenses | $ - | | $ - | | $ 2,700.00 | |
| Advertisement & Promotion expenses | $ - | | $ - | | $ 4,500.00 | |
| Membership expenses | $ - | | $ - | | $ 1,175.00 | |
| Meeting & Travel expenses | $ - | | $ - | | $ - | |
| Bank charges | $ - | | $ - | | $ 4.00 | |
| Wire fees expenses | $ 25.00 | | $ 25.00 | | $ 25.00 | |
| State Unemployment | $ 52.00 | | $ 52.00 | | $ 52.00 | |
| Loan provided | $ - | | $ - | | $ - | |
| Management fees | $ - | | $ - | | $ - | |
| **Total expenses** | $ 41,774.63 | $ - | $ 133,092.00 | $ - | $ 110,277.14 | $ - |
| **NET WEEKLY CASH FLOW** | $ 53,377.88 | $ - | $ -125,592.00 | $ - | $ 38,308.33 | $ - |
| **CLOSING CASH** | $ 185,088.63 | $ - | $ 59,496.63 | $ - | $ 97,804.95 | $ - |
| **NON CASH ITEMS** | | | | | | |
| On side feed | | | | | | |
| - Wheatlage/haylage/corn silage | $ 17,250.00 | $ - | $ 17,250.00 | $ - | $ 17,250.00 | $ - |
| **TOTAL NON CASH ITEMS** | $ 17,250.00 | $ - | $ 17,250.00 | $ - | $ 17,250.00 | $ - |

| | Budget week Ending July 22, 2016 | Actuals week Ending July 22, 2016 | Budget week Ending July 29, 2016 | Actuals week Ending July 29, 2016 | BUDGET TOTALS for 1st to 5 weeks | ACTUAL TOTALS for 1st to 5 weeks |
|---|---:|---:|---:|---:|---:|---:|
| | 872 | | 863 | | 881 | - |
| | 193 | | 193 | | 193 | - |
| | 0 | | 0 | | - | - |
| | 1065 | | 1056 | | 1,074 | - |
| | 8 | | 8 | | 40 | - |
| | 1 | | 1 | | 5 | - |
| | 0 | | 0 | | - | - |
| | 84 | | 84 | | | |
| | 512,736 | | 507,444 | | 2,590,140 | - |
| | 78 | | 78 | | | |
| | 15.04 | | 15.04 | | | |
| | 1500 | | 1500 | | | |
| $ | 97,804.95 | $      - | $ | 68,682.83 | $      - | $ | 131,710.75 | $      - |
| $ | 87,652.50 | $ | $ | - | | $ | 262,957.50 | $      - |
| $ | - | $ | $ | - | | $ | 53,432.96 | $      - |
| $ | 3,300.00 | $ | $ | 3,300.00 | | $ | 16,500.00 | $      - |
| $ | 4,200.00 | $ | $ | 4,200.00 | | $ | 21,000.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | 95,152.50 | $      - | $ | 7,500.00 | $      - | $ | 353,890.46 | $      - |
| $ | 3,000.00 | $ | $ | 3,000.00 | | $ | 15,000.00 | $      - |
| $ | 45.00 | $ | $ | 45.00 | | $ | 225.00 | $      - |
| $ | 1,035.00 | $ | $ | 1,035.00 | | $ | 5,175.00 | $      - |
| $ | 240.00 | $ | $ | 240.00 | | $ | 1,200.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | 10,275.00 | $      - |
| $ | - | $ | $ | - | | $ | 790.00 | $      - |
| $ | 13,600.00 | $ | $ | 13,600.00 | | $ | 68,000.00 | $      - |
| $ | 3,500.00 | $ | $ | 3,500.00 | | $ | 17,500.00 | $      - |
| $ | 3,500.00 | $ | $ | 3,500.00 | | $ | 17,500.00 | $      - |
| $ | 2,500.00 | $ | $ | 2,500.00 | | $ | 12,500.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | 1,000.00 | $ | $ | 1,000.00 | | $ | 5,000.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | 70,500.00 | $ | $ | 500.00 | | $ | 142,500.00 | $      - |
| $ | 10,000.00 | $ | $ | - | | $ | 22,500.00 | $      - |
| $ | - | $ | $ | - | | $ | 1,400.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | 360.00 | $      - |
| $ | 1,100.00 | $ | $ | 1,100.00 | | $ | 5,500.00 | $      - |
| $ | - | $ | $ | - | | $ | 25,000.00 | $      - |
| $ | 1,000.00 | $ | $ | - | | $ | 1,400.00 | $      - |
| $ | 5,000.00 | $ | $ | 5,000.00 | | $ | 25,000.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | 2,000.00 | $ | $ | 2,000.00 | | $ | 10,000.00 | $      - |
| $ | 3,756.54 | $ | $ | - | | $ | 19,158.33 | $      - |
| $ | - | $ | $ | - | | $ | 10,500.00 | $      - |
| $ | 25.00 | $ | $ | 25.00 | | $ | 125.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | 11,950.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | 600.00 | $      - |
| $ | - | $ | $ | - | | $ | 45.00 | $      - |
| $ | - | $ | $ | - | | $ | 2,800.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | 375.65 | $ | $ | - | | $ | 1,915.83 | $      - |
| $ | 1,500.00 | $ | $ | - | | $ | 1,500.00 | $      - |
| $ | 250.44 | $ | $ | - | | $ | 1,277.22 | $      - |
| $ | 270.00 | $ | $ | 270.00 | | $ | 1,350.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | 2,700.00 | $      - |
| $ | - | $ | $ | - | | $ | 4,500.00 | $      - |
| $ | - | $ | $ | - | | $ | 1,175.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | - | | $ | 4.00 | $      - |
| $ | 25.00 | $ | $ | 25.00 | | $ | 125.00 | $      - |
| $ | 52.00 | $ | $ | 52.00 | | $ | 260.00 | $      - |
| $ | - | $ | $ | - | | $ | - | $      - |
| $ | - | $ | $ | 3,000.00 | | $ | 3,000.00 | $      - |
| $ | 124,274.63 | $      - | $ | 40,392.00 | $      - | $ | 449,810.39 | $      - |
| $ | -29,122.13 | $      - | $ | -32,892.00 | $      - | $ | -95,919.92 | $      - |
| $ | 68,682.83 | $      - | $ | 35,790.83 | $      - | $ | 35,790.83 | $      - |
| $ | 17,250.00 | $      - | $ | 17,250.00 | $      - | $ | 86,250.00 | $      - |
| $ | 17,250.00 | $      - | $ | 17,250.00 | $      - | $ | 86,250.00 | $      - |