UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN THE MATTER OF:                           CASE NO. 16-11273

HEARTLAND DAIRY HOLDINGS LLC,               Chapter 11

    Debtor.

### ORDER

At Fort Wayne, Indiana, on _____.

This matter is before the Court on the Debtor's Emergency Motion for Use of Cash Collateral pursuant to 11 U.S.C. §363(c)(2)(B) and (c)(3) and Bankruptcy Rule 4001(b) seeking authority to use cash collateral in the operation of its business.

This matter was scheduled for a hearing on June 22, 2016 at 11:00 o'clock a.m.

The Debtor has proposed adequate protection for the use of cash collateral in the form of a replacement lien on all farm assets as well as an adequate protection lien on all dairy products and proceeds including; milk sales and receivables, the maintenance of insurance coverage on its assets, payment of current taxes and ongoing financial reporting to First Farmers Bank and Trust and any other secured creditors on the status of its operations and income.  Said interim adequate protection shall continue until further Court Order, including any Order approving a Stipulation between the Debtor and First Farmers Bank and Trust and any other secured creditors for other or additional adequate protection.  The Debtor has indicated that such use of cash collateral is requested to feed, milk and otherwise maintain the existing cows until their disposition as collateral of the Bank and other secured creditors, if any, via a refinancing or surrender.

**IT IS ORDERED** that the Debtor is authorized to use cash collateral in accordance with the budget attached hereto as Exhibit "A" to facilitate ongoing operations for preservation of the

value of the Debtor's business.  As adequate protection for the use of cash collateral, First Farmers Bank and Trust and all other secured creditors with an interest in cash collateral shall have a replacement lien on the Debtor's post-petition assets which comprised the pre-petition cash collateral in the same priority and to the same extent as existed pre-petition.  First Farmers Bank and Trust and all other applicable secured creditors shall also continue to have an adequate protection lien on all dairy products and proceeds including milk sales and receivables of such collateral.  The Debtor may use cash collateral as required to ensure that adequate insurance is maintained on its assets and that all current taxes are paid.  The Debtor shall also provide to First Farmers Bank and Trust, and to any other secured creditor so requesting, weekly financial statements and shall provide all other secured creditors that so request ongoing financial reporting.

The Court shall hold a final hearing on Debtor's request for authority to use cash collateral on _____, at _____ **o'clock ___.m.**  The Debtor shall send Notice of this hearing to all creditors and parties in interest by serving a copy of this Order and filing a Certificate of Service.

**SO ORDERED.**

_____
Chief Judge, U.S. Bankruptcy Court

**Heartland Dairy**

Emergency budget June 24 2016 - July 29 2016

| | Budget week Ending July 1, 2016 | Actuals week Ending July 1, 2016 | Budget week Ending July 8, 2016 | Actuals week Ending July 8, 2016 | Budget week Ending July 15, 2016 | Actuals week Ending July 15, 2016 |
|---|---:|---:|---:|---:|---:|---:|
| **HERD STATISTICS** | | | | | | |
| Cows milking | 899 | | 890 | | 881 | |
| Dry cows at weeks end | 193 | | 193 | | 193 | |
| Springing Heifers at weeks end | 0 | | 0 | | 0 | |
| Total cows at months end | 1092 | | 1083 | | 1074 | |
| Cows culled during the week | 8 | | 8 | | 8 | |
| Cows died during the week | 1 | | 1 | | 1 | |
| Cows added during the week | 0 | | 0 | | 0 | |
| Average milk production per cow per day | 84 | | 84 | | 84 | |
| Milk prodcution - lbs shipped | 528,612 | | 523,320 | | 518,028 | |
| **BUDGET ASSUMPTIONS** | | | | | | |
| Milk production - lbs per milking cows per day | 78 | | 78 | | 78 | |
| Milk price per Cwt | 15.04 | | 15.04 | | 15.04 | |
| Purchase price per cow | 1500 | | 1500 | | 1500 | |
| **BEGINNING CASH** | $ 131,710.75 | $ - | $ 185,088.63 | $ - | $ 59,496.63 | $ - |
| **INCOME** | | | | | | |
| Weekly DFA advance (MILK) | $ 87,652.50 | | $ - | | $ 87,652.50 | |
| Monthly DFA gross check less advance | $ - | | $ - | | $ 53,432.96 | |
| Calf sale income | $ 3,300.00 | | $ 3,300.00 | | $ 3,300.00 | |
| Cull cow sale income | $ 4,200.00 | | $ 4,200.00 | | $ 4,200.00 | |
| Miscellaneous income / Insurance proceeds | $ - | | $ - | | $ - | |
| **Total income** | $ 95,152.50 | $ - | $ 7,500.00 | $ - | $ 148,585.46 | $ - |
| **EXPENSES** | | | | | | |
| Supplies | $ 3,000.00 | | $ 3,000.00 | | $ 3,000.00 | |
| Federal Eunemployment | $ 45.00 | | $ 45.00 | | $ 45.00 | |
| Social Security & Medicare | $ 1,035.00 | | $ 1,035.00 | | $ 1,035.00 | |
| Workers compensation | $ 240.00 | | $ 240.00 | | $ 240.00 | |
| Cash rent paid | $ - | | $ - | | $ - | |
| Rent paid Equipment | $ - | | $ 2,250.00 | | $ 8,025.00 | |
| Building rent paid | $ - | | $ 790.00 | | $ - | |
| Gross Wages | $ 13,600.00 | | $ 13,600.00 | | $ 13,600.00 | |
| Straw Purchased | $ 3,500.00 | | $ 3,500.00 | | $ 3,500.00 | |
| Hay purchased | $ 3,500.00 | | $ 3,500.00 | | $ 3,500.00 | |
| Repairs expenses: Machine & Equipment | $ 2,500.00 | | $ 2,500.00 | | $ 2,500.00 | |
| Repairs expenses: Land | $ - | | $ - | | $ - | |
| Repairs expenses: Buildings & Improvements | $ 1,000.00 | | $ 1,000.00 | | $ 1,000.00 | |
| Seed Expenses Corn | $ - | | $ - | | $ - | |
| Feed purchased Dairy | $ 500.00 | | $ 70,500.00 | | $ 500.00 | |
| Vet/Med Expenses Dairy | $ - | | $ 10,000.00 | | $ 2,500.00 | |
| Breeding fees Expenses | $ - | | $ 1,400.00 | | $ - | |
| Computer software Expenses | $ - | | $ - | | $ - | |
| Boot & clothing allowance | $ - | | $ - | | $ - | |
| Rendering expenses Livestock | $ - | | $ 360.00 | | $ - | |
| Hoof trimming expenses | $ 1,100.00 | | $ 1,100.00 | | $ 1,100.00 | |
| Baleage Purchased expenses | $ - | | $ - | | $ 25,000.00 | |
| Custom Hire expenses (General) | $ - | | $ 400.00 | | $ - | |
| Custom hire Manure | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | |
| Custom hire Silage | $ - | | $ - | | $ - | |
| Custom hire Dairy | $ - | | $ - | | $ - | |
| Silage - Cover crop expenses | $ - | | $ - | | $ - | |
| Trucking expenses Manure | $ 2,000.00 | | $ 2,000.00 | | $ 2,000.00 | |
| Trucking expenses Milk | $ 3,756.54 | | $ - | | $ 11,645.26 | |
| Diesel fuel expenses | $ - | | $ 10,500.00 | | $ - | |
| Oil & Grease expenses | $ 25.00 | | $ 25.00 | | $ 25.00 | |
| Taxes: Real Estate | $ - | | $ - | | $ - | |
| Insurance: Building | $ - | | $ - | | $ - | |
| Utility expenses: Electric | $ - | | $ - | | $ 11,950.00 | |
| Utility expenses: Telephone | $ - | | $ - | | $ - | |
| Utility expenses: Waste Disposal | $ - | | $ - | | $ 600.00 | |
| Utility expenses: Natural Gas | $ - | | $ - | | $ 45.00 | |
| Utility expenses: Propane gas | $ - | | $ - | | $ 2,800.00 | |
| Misc Operating expenses | $ - | | $ - | | $ - | |
| DFA - Marketing expenses Milk | $ 375.65 | | $ - | | $ 1,164.53 | |
| Testing expenses Milk | $ - | | $ - | | $ - | |
| DFA - CWT Investment Expenses | $ 250.44 | | $ - | | $ 776.35 | |
| Administrative fee | $ 270.00 | | $ 270.00 | | $ 270.00 | |
| Fees: Special Mastitis Culture | $ - | | $ - | | $ - | |
| Capital Retainment Expenses | $ - | | $ - | | $ 2,700.00 | |
| Advertisement & Promotion expenses | $ - | | $ - | | $ 4,500.00 | |
| Membership expenses | $ - | | $ - | | $ 1,175.00 | |
| Meeting & Travel expenses | $ - | | $ - | | $ - | |
| Bank charges | $ - | | $ - | | $ 4.00 | |
| Wire fees expenses | $ 25.00 | | $ 25.00 | | $ 25.00 | |
| State Unemployment | $ 52.00 | | $ 52.00 | | $ 52.00 | |
| Loan provided | $ - | | $ - | | $ - | |
| Management fees | $ - | | $ - | | $ - | |
| **Total expenses** | $ 41,774.63 | $ - | $ 133,092.00 | $ - | $ 110,277.14 | $ - |
| **NET WEEKLY CASH FLOW** | $ 53,377.88 | $ - | $ -125,592.00 | $ - | $ 38,308.33 | $ - |
| **CLOSING CASH** | $ 185,088.63 | $ - | $ 59,496.63 | $ - | $ 97,804.95 | $ - |
| **NON CASH ITEMS** | | | | | | |
| On side feed | | | | | | |
| - Wheatlage/haylage/corn silage | $ 17,250.00 | $ - | $ 17,250.00 | $ - | $ 17,250.00 | $ - |
| **TOTAL NON CASH ITEMS** | $ 17,250.00 | $ - | $ 17,250.00 | $ - | $ 17,250.00 | $ - |

| Budget week Ending July 22, 2016 | Actuals week Ending July 22, 2016 | Budget week Ending July 29, 2016 | Actuals week Ending July 29, 2016 | BUDGET TOTALS for 1st to 5 weeks | ACTUAL TOTALS for 1st to 5 weeks |
|---:|---:|---:|---:|---:|---:|
| 872 | | 863 | | 881 | - |
| 193 | | 193 | | 193 | - |
| 0 | | 0 | | - | - |
| 1065 | | 1056 | | 1,074 | - |
| 8 | | 8 | | 40 | - |
| 1 | | 1 | | 5 | - |
| 0 | | 0 | | - | - |
| 84 | | 84 | | | |
| 512,736 | | 507,444 | | 2,590,140 | - |
| 78 | | 78 | | | |
| 15.04 | | 15.04 | | | |
| 1500 | | 1500 | | | |
| $ 97,804.95 | $ - | $ 68,682.83 | $ - | $ 131,710.75 | $ - |
| | | | | | |
| $ 87,652.50 | $ | $ - | $ | $ 262,957.50 | $ - |
| $ - | $ | $ - | $ | $ 53,432.96 | $ - |
| $ 3,300.00 | $ | $ 3,300.00 | $ | $ 16,500.00 | $ - |
| $ 4,200.00 | $ | $ 4,200.00 | $ | $ 21,000.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ 95,152.50 | $ - | $ 7,500.00 | $ - | $ 353,890.46 | $ - |
| | | | | | |
| $ 3,000.00 | $ | $ 3,000.00 | $ | $ 15,000.00 | $ - |
| $ 45.00 | $ | $ 45.00 | $ | $ 225.00 | $ - |
| $ 1,035.00 | $ | $ 1,035.00 | $ | $ 5,175.00 | $ - |
| $ 240.00 | $ | $ 240.00 | $ | $ 1,200.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ 10,275.00 | $ - |
| $ - | $ | $ - | $ | $ 790.00 | $ - |
| $ 13,600.00 | $ | $ 13,600.00 | $ | $ 68,000.00 | $ - |
| $ 3,500.00 | $ | $ 3,500.00 | $ | $ 17,500.00 | $ - |
| $ 3,500.00 | $ | $ 3,500.00 | $ | $ 17,500.00 | $ - |
| $ 2,500.00 | $ | $ 2,500.00 | $ | $ 12,500.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ 1,000.00 | $ | $ 1,000.00 | $ | $ 5,000.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ 70,500.00 | $ | $ 500.00 | $ | $ 142,500.00 | $ - |
| $ 10,000.00 | $ | $ - | $ | $ 22,500.00 | $ - |
| $ - | $ | $ - | $ | $ 1,400.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ 360.00 | $ - |
| $ 1,100.00 | $ | $ 1,100.00 | $ | $ 5,500.00 | $ - |
| $ - | $ | $ - | $ | $ 25,000.00 | $ - |
| $ 1,000.00 | $ | $ - | $ | $ 1,400.00 | $ - |
| $ 5,000.00 | $ | $ 5,000.00 | $ | $ 25,000.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ 2,000.00 | $ | $ 2,000.00 | $ | $ 10,000.00 | $ - |
| $ 3,756.54 | $ | $ - | $ | $ 19,158.33 | $ - |
| $ - | $ | $ - | $ | $ 10,500.00 | $ - |
| $ 25.00 | $ | $ 25.00 | $ | $ 125.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ 11,950.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ 600.00 | $ - |
| $ - | $ | $ - | $ | $ 45.00 | $ - |
| $ - | $ | $ - | $ | $ 2,800.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ 375.65 | $ | $ - | $ | $ 1,915.83 | $ - |
| $ 1,500.00 | $ | $ - | $ | $ 1,500.00 | $ - |
| $ 250.44 | $ | $ - | $ | $ 1,277.22 | $ - |
| $ 270.00 | $ | $ 270.00 | $ | $ 1,350.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ 2,700.00 | $ - |
| $ - | $ | $ - | $ | $ 4,500.00 | $ - |
| $ - | $ | $ - | $ | $ 1,175.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ - | $ | $ 4.00 | $ - |
| $ 25.00 | $ | $ 25.00 | $ | $ 125.00 | $ - |
| $ 52.00 | $ | $ 52.00 | $ | $ 260.00 | $ - |
| $ - | $ | $ - | $ | $ - | $ - |
| $ - | $ | $ 3,000.00 | $ | $ 3,000.00 | $ - |
| $ 124,274.63 | $ - | $ 40,392.00 | $ - | $ 449,810.39 | $ - |
| | | | | | |
| $ -29,122.13 | $ - | $ -32,892.00 | $ - | $ -95,919.92 | $ - |
| | | | | | |
| $ 68,682.83 | $ - | $ 35,790.83 | $ - | $ 35,790.83 | $ - |
| | | | | | |
| $ 17,250.00 | $ - | $ 17,250.00 | $ - | $ 86,250.00 | $ - |
| $ 17,250.00 | $ - | $ 17,250.00 | $ - | $ 86,250.00 | $ - |